AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

KEON WILLIAMS,

        Plaintiff,

v.

SHAWN THORHILL, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:23-cv-00002-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to this court's order filed February 10, 2023 (ECF No. 5) the Complaint is **dismissed** without prejudice and without leave to amend.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: February 13, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_